[NOT YET SCHEDULED FOR ORAL ARGUMENT]

No. 19-7163

In The

# United States Court of Appeals for the District of Columbia Circuit

———

JANE DOE 1; JANE DOE 2; JANE DOE 3; JANE DOE 4; JANE DOE 5; AND JANE DOE 6

*Plaintiffs-Appellees*,

v.

HOWARD UNIVERSITY,

*Defendant-Appellant*.

———

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

———

**JOINT MOTION TO DISMISS**

———

Michael E. Baughman
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

***Counsel for Howard University***

Dated: April 3, 2020

The Parties jointly move and stipulate that the above-captioned appeal be dismissed in its entirety.

Dated:  April 3, 2020

Respectfully submitted,

*/s/ Michael E. Baughman*
Michael E. Baughman, Esq.
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA  19103-2799
(215) 981-4000
baughmam@pepperlaw.com

***Counsel for Howard University***

*/s/ Linda M. Correia*
Linda M. Correia, Esq.
CORREIA & PUTH, PLLC
1400 16th St NW, Suite 450
Washington, DC 20036
(202) 602-6500
lcorreia@correiaputh.com

***Counsel for Plaintiffs-Appellees***

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing Motion complies with the type-volume limitation of Fed. R. App. P. 27 because it contains 16 words. This Motion complies with the typeface and the type style requirements of Fed. R. App. P. 27 because this brief has been prepared in a proportionally spaced typeface using Microsoft Word 14-point Times New Roman typeface.

*/s/ Michael E. Baughman*

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2020, a copy of the foregoing **Joint Motion to Dismiss** and this **Certificate of Service** were e-mailed to the counsel listed below. These documents were also filed electronically with the Court, and notice will be sent by operation of the Court's electronic filing system to the following ECF participants:

>Linda M. Correia (D.C. Bar No. 435027)
>Roshni C. Shikari (D.C. Bar No. 1045298)
>Lauren A. Khouri (D.C. Bar No. 10282288)
>**CORREIA & PUTH, PLLC**
>1400 16th St NW, Suite 450
>Washington, DC 20036
>(202) 602-6500
>lcorreia@correiaputh.com
>lkhouri@correiaputh.com
>rshikari@correiaputh.com
>
>*Attorneys for Plaintiffs-Appellees*

<u>/s/ Michael E. Baughman</u>